Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff LYNNE KELLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE KELLER | ) Case No.:  2:13-CV-221-CKD |
| | ) |
| Plaintiff, | ) STIPULATION TO EXTEND |
| | ) BRIEFING SCHEDULE |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant | ) |
| _____ | ) |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE

JUDGE OF THE DISTRICT COURT:

Plaintiff Lynne Keller ("Plaintiff") and defendant Michael Astrue,

Commissioner of Social Security ("Defendant"), through their undersigned counsel

of record, hereby stipulate, subject to the approval of the Court, to extend the time

for Plaintiff to file Plaintiff's Opening Brief to August 23, 2013; and that

Defendant shall have until September 23, 2013, to file his opposition, if any is

forthcoming.  Any reply by plaintiff will be due September 30, 2013.

-1-

1    An extension of time for plaintiff is needed due to a serious illness in

2  Counsel's family.  Counsel Spouse receives chemotherapy treatment for her Stage

3  IV breast cancer which metastasized initially to her liver and continues to spread to

4  her lungs and spine.  Counsel requires the additional time to file the Joint Stipulation

5  to allow him to devote the appropriate time to assist his Spouse and his two

6  kindergarten and pre-school aged children through this obviously stressful

7  experience.  Counsel sincerely apologizes to the court for any inconvenience this

8  may have had upon it or its staff.

9

10  DATE: July 8, 2013              Respectfully submitted,

11                                  LAW OFFICES OF LAWRENCE D. ROHLFING

12                                    /s/ *Steven G. Rosales*

13                         BY: _____
                                Steven G. Rosales
14                                Attorney for plaintiff LYNNE KELLER

15  DATE:  July 8, 2013            BENJAMIN WAGNER
16                                  United States Attorney

17

18                                  */S/- Jean M. Turk

19

20                                  _____
                                    Jean M. Turk
21                                  Special Assistant United States Attorney
                                    Attorney for Defendant
22                                  [*Via email authorization]

23

24

25

26

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2  and including August 23, 2013, in which to file Plaintiff's Opening Brief;

3  Defendant may have an extension of time to September 23, 2013 to consider the

4  contentions raised in Plaintiff's Opening Brief, and file any opposition if

5  necessary.  Any reply by plaintiff will be due September 30, 2013.

6    IT IS SO ORDERED.

7  Dated:  July 10, 2013

8  _____
   CAROLYN K. DELANEY
9  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26